# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 24-2906

## UNITED STATES OF AMERICA

v.

## TYRONE BENTLEY,
Appellant

(D.C. No. 2:10-cr-00525-001)

Present:       BIBAS, MONTGOMERY-REEVES, and AMBRO, *Circuit Judges*

1.  Order to Amend.


                                         Respectfully,
                                         Clerk

_____ORDER_____

The opinion filed on 16 September is hereby vacated. The Clerk shall file the amended opinion, which includes a change in response to the government's letter on page 3. As this change does not affect the Court's decision, the judgment will remain the same.


                                         By the Court,

                                         s/Stephanos Bibas
                                         Circuit Judge

Dated: September 22, 2025
Amr/Cc: All counsel of record